FILED
CLERK, U.S. DISTRICT COURT
05/11/21
CENTRAL DISTRICT OF CALIFORNIA
BY: DM DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:21-cr-00223-DSF |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl Resulting in Death; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession With Intent to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi): Possession With Intent to Distribute Fentanyl; 18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition; 21 U.S.C. § 853, 18 U.S.C. § 924, 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| WILLIAM VAUGHN FULTON, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about October 10, 2020, in Los Angeles County, within the Central District of California, defendant WILLIAM VAUGHN FULTON knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II

narcotic drug controlled substance, the use of which resulted in the death and serious bodily injury of D.S.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about October 11, 2020, in Los Angeles County, within the Central District of California, defendant WILLIAM VAUGHN FULTON knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance, the use of which resulted in the death and serious bodily injury of A.L.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about October 13, 2020, in Los Angeles County, within the Central District of California, defendant WILLIAM VAUGHN FULTON knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 74.89 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi)]

On or about October 13, 2020, in Los Angeles County, within the Central District of California, defendant WILLIAM VAUGHN FULTON knowingly and intentionally possessed with intent to distribute at least 40 grams, that is, approximately 66.96 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT FIVE

[18 U.S.C. § 922(g)(1)]

On or about October 13, 2020, in Los Angeles County, within the Central District of California, defendant WILLIAM VAUGHN FULTON knowingly possessed ammunition, namely, ten rounds of GFL 9mm caliber ammunition, one round of Federal Cartridge 9mm caliber ammunition, and one round of Winchester 9mm Luger caliber ammunition, loaded within two Glock-type, 9mm pistols, bearing no serial numbers (commonly referred to as "ghost guns"), in and affecting interstate and foreign commerce.

Defendant FULTON possessed such ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Taking a Vehicle Without Consent, in violation of California Vehicle Code Section 10851(a), in the Superior Court of the State of California, County of Los Angeles, Case Number YA057581, on or about February 27, 2004;

(2) Possession of a Controlled Substance with Priors, in violation of California Health and Safety Code Section 11377(a), in the Superior Court of the State of California, County of Los Angeles, Case Number YA059992, on or about December 3, 2004;

(3) Receiving Stolen Property, in violation of California Penal Code Section 496(a), in the Superior Court of the State of California, County of Los Angeles, Case Number YA060117, on or about December 3, 2004;

(4) Receiving Stolen Property, in violation of California Penal Code Section 496(a), in the Superior Court of the State of

California, County of Los Angeles, Case Number YA081773, on or about September 13, 2011;

(5) Possession of a Firearm by a Felon, in violation of California Penal Code Section 12021(a)(1), in the Superior Court of the State of California, County of Los Angeles, Case Number YA081773, on or about September 13, 2011;

(6) Taking a Vehicle Without Consent, in violation of California Vehicle Code Section 10851(a), in the Superior Court of the State of California, County of Los Angeles, Case Number YA081773, on or about September 13, 2011;

(7) Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Los Angeles, Case Number SA078542, on or about September 15, 2011;

(8) Forging, Counterfeiting, or Possessing a Fraudulent Public Seal, in violation of California Penal Code Section 472, in the Superior Court of the State of California, County of Los Angeles, Case Number SA091990, on or about March 2, 2016;

(9) First Degree Residential Burglary, in violation of California Penal Code Sections 459-460(a), in the Superior Court of the State of California, County of Orange, Case Number 16WF2495, on or about August 28, 2017;

(10) Grand Theft Auto, in violation of California Penal Code Section 487(d)(1), in the Superior Court of the State of California, County of Orange, Case Number 16WF2495, on or about August 28, 2017;

(11) Receiving Stolen Property, in violation of California Penal Code Section 496d(a), in the Superior Court of the State of California, County of Orange, Case Number 16WF2495, on or about August 28, 2017;

(12) Second Degree Burglary, in violation of California Penal Code Sections 459-460(b), in the Superior Court of the State of California, County of Orange, Case Number 16WF2495, on or about August 28, 2017;

(13) Identity Theft, in violation of California Penal Code Section 530.5(a), in the Superior Court of the State of California, County of Orange, Case Number 16WF2495, on or about August 28, 2017;

(14) Second Degree Burglary, in violation of California Penal Code Sections 459-460(b), in the Superior Court of the State of California, County of Orange, Case Number 16WF2495, on or about August 28, 2017;

(15) Identity Theft, in violation of California Penal Code Section 530.5(a), in the Superior Court of the State of California, County of Orange, Case Number 16WF2495, on or about August 28, 2017;

(16) Second Degree Burglary, in violation of California Penal Code Sections 459-460(b), in the Superior Court of the State of California, County of Orange, Case Number 16WF2495, on or about August 28, 2017;

(17) Identity Theft, in violation of California Penal Code Section 530.5(a), in the Superior Court of the State of California, County of Orange, Case Number 16WF2495, on or about August 28, 2017;

(18) Second Degree Burglary, in violation of California Penal Code Sections 459-460(b), in the Superior Court of the State of California, County of Orange, Case Number 16WF2495, on or about August 28, 2017;

(19) Identity Theft, in violation of California Penal Code Section 530.5(a), in the Superior Court of the State of California, County of Orange, Case Number 16WF2495, on or about August 28, 2017;

(20) Receiving Stolen Property, in violation of California Penal Code Section 496(a), in the Superior Court of the State of California, County of Orange, Case Number 16WF2495, on or about August 28, 2017;

(21) Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11378, in the Superior Court of the State of California, County of Orange, Case Number 16WF2495, on or about August 28, 2017;

(22) Transportation for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11379(a), in the Superior Court of the State of California, County of Orange, Case Number 16WF2495, on or about August 28, 2017;

(23) Second Degree Burglary, in violation of California Penal Code Sections 459-460(b), in the Superior Court of the State of California, County of Orange, Case Number 16WF2495, on or about August 28, 2017; and

(24) Identity Theft, in violation of California Penal Code Section 530.5(a), in the Superior Court of the State of California, County of Orange, Case Number 16WF2495, on or about August 28, 2017.

FORFEITURE ALLEGATION ONE

[21 U.S.C. § 853; 18 U.S.C. § 924; 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in Counts One through Four of this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)  All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from any such offense;

(b)  All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense;

(c)  All right, title, and interest in any firearm or ammunition involved in or used in any such offense; and

(d)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3.  Pursuant to Title 21, United States Code, Section 853(p), the defendant, if so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred,

sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in Count Five of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

1  substantially diminished in value; or (e) has been commingled with
2  other property that cannot be divided without difficulty.
3
4                                        A TRUE BILL
5
6                                          /S/
                                         _____
                                         Foreperson
7
8  TRACY L. WILKISON
   Acting United States Attorney
9
   BRANDON D. FOX
10 Assistant United States Attorney
   Chief, Criminal Division
11
12
13 SCOTT M. GARRINGER
   Assistant United States Attorney
14 Deputy Chief, Criminal Division
15
   JOSHUA O. MAUSNER
16 Assistant United States Attorney
   Deputy Chief, General Crimes
17 Section
18 JENNA WILLIAMS
   Assistant United States Attorney
19 International Narcotics, Money
   Laundering & Racketeering Section
20
21
22
23
24
25
26
27
28